

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

22-20197

DEBTOR(S):

BETH LYNN HARTON

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 5 IN THE AMOUNT OF $1,407.00

CREDITOR'S SIGNATURE:

/s/ David Lamb

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

3/28/2022