## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Beth Lynn Harton                                     CHAPTER 13

Debtor(s)

BKY. NO. 22-20197 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Midfirst Bank and index same on the master mailing list.


    Respectfully submitted,


/s/ Brian C. Nicholas
    Brian Nicholas
    25 Mar 2022, 16:18:01, EDT

Brian C. Nicholas, Esq. (317240)  ☑
Denise Carlon, Esq. (317226)  ☐
Rebecca A. Solarz, Esq. (315936)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com