IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 22-20197 JAD |
| Beth Lynn Harton | ) | |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Beth Lynn Harton | ) | |
| | ) | Related to Doc No. 39 |
| Movant(s) | ) | |
| v. | ) | Hearing: 8/17/22 at 11:00 AM |
| | ) | |
| Discover Bank | ) | |
| | ) | |
| Respondent(s) | ) | |

**CERTIFICATION OF NO RESPONSE REGARDING DEBTOR'S MOTION TO AVOID JUDICIAL LIENS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Motion* filed on July 13, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Motion* appears thereon. Pursuant to the *Notice of Hearing with Response Deadline*, responses to the *Motion* were to be filed and served no later than July 30, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: August 1, 2022

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID 72116
Rice & Assoc. Law Firm
15 W. Beau St.
Washington, PA 15301
(412) 374-7161
lowdenscott@gmail.com