IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-20197-JAD |
| Beth Harton, | : | |
| | : | |
| Debtor(s) | : | |
| Beth Harton, | : | Chapter 13 |
| | : | |
| Movant(s) | : | |
| | : | Related to Document No. |
| v. | : | |
| St. Clair Health Corporation, | : | |
| Respondent(s) | : | |

### CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment Dated August 9, 2022 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on August 9, 2022.

St. Clair Health Corporation
1000 Bower Hill Road
Pittsburgh, PA  15234

                                                 Attorney for Movant(s):
                                                 Rice & Associates Law Firm
                                                 /s/ David A Rice, Esq.
                                                 15 West Beau Street
                                                 Washington, PA  15301
                                                 724-225-7270
                                                 ricelaw1@verizon.net
                                                 PA ID#  50329