**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                )

                                       )        Bankruptcy No. 22-20197 JAD
Beth Lynn Harton                       )

                                       )
                    Debtor (s)         )        Chapter 13        FILED
                                                                  8/11/22 12:21 pm
Beth Lynn Harton                       )                          CLERK
                                       )                          U.S. BANKRUPTCY
                    Movant(s)          )                          COURT - WDPA
        v.                             )        Document No.  39
Discover Bank                          )
                                       )
                    Respondent(s) )

                    Order Avoiding Lien

        AND NOW, this  11th  day of  August , 2022 upon the Debtor's motion to avoid and

cancel a judicial lien(s) which impairs an exemption of the debtor(s),

        It is hereby ORDERED AND DECREED that the judicial lien(s) held by

Discover Bank entered of record at 2015-7686 in and on Debtor's real estate located at

703 North Franklin Street, Washington, PA 15301, and entered of record at Court of

Common Pleas of Washington County, PA be and hereby is/are avoided and any claim of

Respondent(s) is hereby unsecured subject to the entry of a discharge order upon the

completion of the Debtor's chapter 13 case.

                                                        jsf

                                Jeffery A. Deller

                                United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 22-20197-JAD

Beth Lynn Harton                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Beth Lynn Harton, 703 North Franklin Street, Washington, PA 15301-3948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022            Signature:        _/s/Gustava Winters_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Beth Lynn Harton ricelaw1@verizon.net  lowdenscott@gmail.com |
| James R. Wood | on behalf of Creditor City of Washington jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Beth Lynn Harton niclowlgl@comcast.net |

District/off: 0315-2                                    User: auto                                          Page 2 of 2
Date Rcvd: Aug 11, 2022                          Form ID: pdf900                          Total Noticed: 1
TOTAL: 6