**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 22-20197 JAD |
| Beth Lynn Harton ) | |
| ) | |
| Debtor(s) ) | Chapter 13 |
| Beth Lynn Harton ) | |
| ) | Related to Claim 2 |
| Movant(s) ) | |
| v. ) | Document No. 41 |
| Discover Bank ) | |
| ) | |
| Respondent(s) ) | |

FILED
8/11/22 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

**AND NOW,** this  11th  day of August, 2022, upon consideration of the Debtor's Objection to Claim, it is hereby **ORDERED, ADJUDGED and DECREED** that said Objection to Claim is sustained and proof of claim #2 is disallowed in it's entirety.

BY THE COURT:

_____ jsf  J.
Jeffery A. Deller
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20197-JAD |
| Beth Lynn Harton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Beth Lynn Harton, 703 North Franklin Street, Washington, PA 15301-3948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Beth Lynn Harton ricelaw1@verizon.net  lowdenscott@gmail.com |
| James R. Wood | on behalf of Creditor City of Washington jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Beth Lynn Harton niclowlgl@comcast.net |

District/off: 0315-2                       User: auto                                    Page 2 of 2
Date Rcvd: Aug 11, 2022                    Form ID: pdf900                          Total Noticed: 1
TOTAL: 6