IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Beth Lynn Harton | ) | Bankruptcy No. 22-20197 JAD |
| | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Applicant(s) | ) | Related to ECF No. 62 |
| v. | ) | |
| No Respondent | ) | |
| Respondent(s) | ) | **DEFAULT O/E JAD** |

## ORDER OF COURT

AND NOW, this 9th day of May, 2024, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $7,009.15, of which $6,932.50 are attorney fees and $76.65 are costs, and that the total previously allowed Attorney's Fees and Costs were $5,000.00. This award covers the period from 1/27/2022 to 4/16/2024.

Therefore, the Application in its face amount of $2,009.15 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $2,009.15 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Rice & Associates Law Firm, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between January 27, 2022 and April 16, 2024 in the amount of **$1,932.50** and expenses in the amount of **$76.65** for a total of **$2,009.15**. The total award of compensation for services to date is **$6,932.50** and expenses in the amount of **$76.65** for a grand total in the amount of **$7,009.15.**

BY THE COURT:

_____
Jeffery A. Deller     jah
United States Bankruptcy Judge

FILED
5/9/24 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Administrator to serve:
Scott Lowden, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20197-JAD |
| Beth Lynn Harton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Beth Lynn Harton, 703 North Franklin Street, Washington, PA 15301-3948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2024            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Beth Lynn Harton ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| James R. Wood | on behalf of Creditor City of Washington jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Beth Lynn Harton lowdenscott@gmail.com |

District/off: 0315-2                           User: auto                              Page 2 of 2
Date Rcvd: May 09, 2024                        Form ID: pdf900                         Total Noticed: 1
TOTAL: 6