**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/11/2026

IN RE:

BETH LYNN HARTON                                        Case No.22-20197 JAD
703 NORTH FRANKLIN STREET
WASHINGTON,  PA  15301                                  Chapter 13
XXX-XX-0009           Debtor(s)

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/11/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**SYNCHRONY BANK\*\*** | Trustee Claim Number:1   INT %:  0.00% | CRED DESC:  NOTICE ONLY
C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  8439
PO BOX 41021 | |
 | CLAIM:  0.00 |
NORFOLK, VA  23541 | COMMENT:  CARE CREDIT/PRAE |

---

**CITY OF WASHINGTON** | Trustee Claim Number:2   INT %:  10.00% | CRED DESC:  SECURED CREDITOR
C/O KATHERINE DIAMICO ESQ | Court Claim Number: | ACCOUNT NO.:  2322
PO BOX 391 | |
 | CLAIM:  0.00 |
NORRISTOWN, PA  19404 | COMMENT:  REMOVED/PL*14-15~RE/PL*VERIFY TYPE*NO YRS~MUN LIEN/SCH |

---

**CITY OF WASHINGTON** | Trustee Claim Number:3   INT %:  0.00% | CRED DESC:  SECURED CREDITOR
C/O KATHERINE DIAMICO ESQ | Court Claim Number: | ACCOUNT NO.:  6294
PO BOX 391 | |
 | CLAIM:  0.00 |
NORRISTOWN, PA  19404 | COMMENT:  REMOVED/PL*19,21~RE/PL*VERIFY TYPE*NO YRS~MUN LIEN/SCH |

---

**DISCOVER BANK(\*)** | Trustee Claim Number:4   INT %:  0.00% | CRED DESC:  SECURED CREDITOR
C/O DISCOVER PRODUCTS INC | Court Claim Number:2 | ACCOUNT NO.:  9615
PO BOX 3025 | |
 | CLAIM:  0.00 |
NEW ALBANY, OH  43054-3025 | COMMENT:  DISALLOWED+AVOIDED/DOE@14*JDGMNT*$0/CL*ACCT/SCH=7686*W/14 |

---

**MIDFIRST BANK SSB\*** | Trustee Claim Number:5   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN
ATTN BANKRUPTCY TRUSTEE PMTS\* | Court Claim Number:8-2 | ACCOUNT NO.:  6866
999 NW GRAND BLVD STE 100 | |
 | CLAIM:  0.00 |
OKLAHOMA CITY, OK  73118 | COMMENT:  PMT/DECL*DKT4PMT-LMT*BGN 3/22*AMD*LMP DENIED |

---

**CREDENCE RESOURCE MANAGEMENT** | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR
4222 TRINITY MILLS RD STE 260 | Court Claim Number: | ACCOUNT NO.:  5127
 | |
 | CLAIM:  0.00 |
DALLAS, TX  75287-7666 | COMMENT:  ATT MOBILITY/SCH |

---

**CREDIT COLLECTIONS USA** | Trustee Claim Number:7   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR
16 DISTRIBUTOR DRIVE | Court Claim Number: | ACCOUNT NO.:  1301
STE 1 | |
 | CLAIM:  0.00 |
MORGANTOWN, PA  26501-7209 | COMMENT:  DR AGNOTT/SCH |

---

**CREDIT FIRST NA\*** | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR
BK 13 CREDIT OPERATIONS\* | Court Claim Number:1 | ACCOUNT NO.:  0009
POB 818011\* | |
 | CLAIM:  810.12 |
CLEVELAND, OH  44181-8011 | COMMENT:  X6221/SCH*FIRESTONE*1/22 DEBT~NO PMTS EVER |

---

**LVNV FUNDING LLC** | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR
C/O RESURGENT CAPITAL SVCS | Court Claim Number:4 | ACCOUNT NO.:  2745
PO BOX 10587 | |
 | CLAIM:  163.15 |
GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT 1 |

---

**LVNV FUNDING LLC** | Trustee Claim Number:10  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR
C/O RESURGENT CAPITAL SVCS | Court Claim Number:6-2 | ACCOUNT NO.:  4657
PO BOX 10587 | |
 | CLAIM:  22.08 |
GREENVILLE, SC  29603-0587 | COMMENT:  AMD |

**CLAIM RECORDS**

---

| | | |
|---|---|---|
| **GENESIS BANKCARD SVCS INC** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number: | ACCOUNT NO.:  8833 |
| POB 788 | | |
| | CLAIM:  0.00 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  NT ADR~CELTIC BANK/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| DEPT 888 PO BOX 4457 | Court Claim Number:7 | ACCOUNT NO.:  8439 |
| | CLAIM:  216.31 | |
| HOUSTON, TX  77210-4457 | COMMENT:  CARE CREDIT/GEMB/GECRB | |

| | | |
|---|---|---|
| **SHAWN EISLER** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 7709 QUEENS PARK RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PASADENA, MD  21122 | COMMENT:  /SCH H | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:2 | ACCOUNT NO.:  9615 |
| PO BOX 3025 | | |
| | CLAIM:  0.00 | |
| NEW ALBANY, OH  43054-3025 | COMMENT:  CL=8530.36~DISALLOWED~AVOIDED/DOE*X7686/SCH*JDGMT~NO GEN UNS/SCH*Y | |

| | | |
|---|---|---|
| **MIDFIRST BANK SSB*** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:08-2 | ACCOUNT NO.:  6866 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  LMP DENIED*DKT | |

| | | |
|---|---|---|
| **PORTNOFF LAW ASSOCIATES LTD**** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| POB 3020 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| NORRISTOWN, PA  19404 | COMMENT:  CITY OF WASHINGTON/PRAE | |

| | | |
|---|---|---|
| **CITY OF WASHINGTON (TRASH)** | Trustee Claim Number:17  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| %PORTNOFF LAW ASSOC-DLNQ CLCTR | Court Claim Number:3 | ACCOUNT NO.:  6130 |
| POB 3020 | | |
| | CLAIM:  243.00 | |
| NORRISTOWN, PA  19404 | COMMENT:  770-005-00-03-0014-00*$CL-PL@10%*NT/SCH*WNTS 10%*TAX YR 2020*W/18 | |

| | | |
|---|---|---|
| **CITY OF WASHINGTON (TRASH)** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| %PORTNOFF LAW ASSOC-DLNQ CLCTR | Court Claim Number:3 | ACCOUNT NO.:  6130 |
| POB 3020 | | |
| | CLAIM:  429.00 | |
| NORRISTOWN, PA  19404 | COMMENT:  770-005-00-03-0014-00*$CL-PL*NT/SCH*NON-INT*TAX YR 2020*W/17 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:5 | ACCOUNT NO.:  3878 |
| PO BOX 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH*PROVIDIAN NATIONAL BNK*STALE CL=$1407.00 W/D*DOC 31 | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  MIDFIRST BANK/PRAE | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **MIDFIRST BANK SSB*** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:8-2 | ACCOUNT NO.:  6866 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  47,384.46 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  $CL-PL*THRU 2/22*AMD*LMP DENIED | |