**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| IN RE:<br>BETH LYNN HARTON<br>Debtor | Case No. 22-20197-JAD |
| ROCKET MORTGAGE, LLC<br><br>Movant | Chapter 13<br><br>Hearing Date: October 13, 2026<br><br>Hearing Time: 10:00 a.m.<br><br>Objection Date: October 6, 2026 |
| vs.<br>BETH LYNN HARTON<br>and<br>RONDA J. WINNECOUR (TRUSTEE)<br>Respondent | 11 U.S.C. §362 |

**CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO §362 AND §1301 CO-DEBTOR STAY NUNC PRO TUNC**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 18, 2026.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail:

BETH LYNN HARTON
703 NORTH FRANKLIN STREET
WASHINGTON, PA 15301

FRANK MOLINARO III
108 NORTH POINT DRIVE
ELIZABETHTOWN, KY 42701

DAVID J. HARTON
5476 MANG PLACE
SARASOTA, FL 34238

Service by Electronic Notification:

SCOTT R. LOWDEN
SCOTT R. LOWDEN, ESQ
100 HEATHMORE AVENUE
PITTSBURGH, PA 15227
LOWDENSCOTT@GMAIL.COM

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

Date: September 18, 2026

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com