**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| IN RE:<br>BETH LYNN HARTON<br>Debtor | Case No. 22-20197-JAD |
| ROCKET MORTGAGE, LLC<br><br>Movant | Chapter 13<br><br>Hearing Date: October 13, 2026<br><br>Hearing Time: 10:00 am<br><br>Objection Date: October 6, 2026 |
| vs.<br>BETH LYNN HARTON<br>and<br>RONDA J. WINNECOUR (TRUSTEE)<br>Respondent | 11 U.S.C. §362 |

**AMENDED NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF ROCKET MORTGAGE, LLC FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO §362 AND §1301 CO-DEBTOR STAY NUNC PRO TUNC TO VALIDATE ACTIONS COMPLETED IN THE FORECLOSURE PROCEEDING**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **October 6, 2026** (i.e., more than seventeen (17) days after the date of service below), in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on **October 13, 2026**, at **10:00 am** before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing parties must register for the hearing by submitting a registration form via the link published on Judge Deller's website (which can be found at https://www.pawb.uscourts.gov/judge-dellers-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to

the scheduled hearing. All parties participating remotely shall comply with Judge Deller's General Procedures, which can be found at https://www.pawb.uscourts.gov/procedures-0.

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: September 22, 2026

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| IN RE:<br>BETH LYNN HARTON<br>Debtor | Case No. 22-20197-JAD |
| ROCKET MORTGAGE, LLC<br><br>Movant<br><br><br><br>vs.<br>BETH LYNN HARTON<br>and<br>RONDA J. WINNECOUR (TRUSTEE)<br>Respondent | Chapter 13<br><br>Hearing Date: TBD<br><br>Hearing Time: TBD<br><br>Objection Date: TBD<br><br><br>11 U.S.C. §362 |

**CERTIFICATE OF SERVICE OF AMENDED NOTICE OF ZOOM HEARING**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 22, 2026.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail:

BETH LYNN HARTON
703 NORTH FRANKLIN STREET
WASHINGTON, PA 15301

FRANK MOLINARO III
108 NORTH POINT DRIVE
ELIZABETHTOWN, KY 42701

DAVID J. HARTON
5476 MANG PLACE
SARASOTA, FL 34238

Service by Electronic Notification:

SCOTT R. LOWDEN
SCOTT R. LOWDEN, ESQ
100 HEATHMORE AVENUE
PITTSBURGH, PA 15227
LOWDENSCOTT@GMAIL.COM

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading “Service by Electronic Notification” and those served by mail will be listed under the heading: Service by First Class Mail.”

Date: September 22, 2026

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com