**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | | |
|---|---|---|
| **In Re:** | : | |
| **BETH LYNN HARTON,** | : | **Bankruptcy No. 22-20197-JAD** |
| **Debtor** | : | **Chapter 13** |
| **Rocket Mortgage, LLC** | : | **Document No. 74** |
| **Movant** | : | **Hearing Date & Time: October 13, 2026 @ 10:00 AM** |
| | : | |
| **v.** | : | |
| **BETH LYNN HARTON**<br>**FRANK MOLINARO III**<br>**DAVID J. HARTON**<br><br>**and**<br>**Ronda J. Winnecour, ESQUIRE (TRUSTEE)** | : | **11 U.S.C. §362 and §1301** |
| **Respondent(s)** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING ROCKET MORTGAGE, LLC'S MOTION FOR RELIEF FROM STAY (DE 74)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 18, 2026 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 6, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: October 7, 2026

Respectfully submitted,

Brock & Scott, PLLC

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760

E-Mail: PABKR@brockandscott.com