**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

**DEFAULT O/E JAD**

FILED
10/8/26 2:11 pm
CLERK
U.S. BANKRUPTC
COURT - WDPA

| | |
|---|---|
| IN RE:<br>BETH LYNN HARTON<br>Debtor | Case No. 22-20197-JAD |
| ROCKET MORTGAGE, LLC<br><br>Movant | Chapter 13<br><br>Hearing Date: October 13, 2026<br><br>Hearing Time: 10:00 a.m.<br><br>Objection Date: October 6, 2026<br><br>Doc. # 74 |
| vs.<br>BETH LYNN HARTON<br>and<br>RONDA J. WINNECOUR (TRUSTEE)<br>Respondent | 11 U.S.C. §362 |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO §362 AND §1301 CO-DEBTOR STAY NUNC PRO TUNC OR TO ANNUL THE STAY PURSUANT TO §362(d)**

**AND NOW**, this 8th day of October, 20 26, upon Motion for Relief from the Automatic stay Nunc Pro Tunc or to Annul the Stay filed by Rocket Mortgage, LLC (Movant), it is:

**ORDERED AND DECREED THAT THE MOTION IS GRANTED:** Relief from the Automatic Stay Pursuant To §362 and for §1301 Co-Debtor Stay Nunc Pro Tunc.

**ORDERED AND DECREED:** The Motion is granted. Movant is granted with respect to 69 McKinley Road, Charleroi, Pennsylvania 15022, as more fully set forth in the legal description attached to said mortgage; as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; it is further;

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(a)(4) waiting period is hereby waived and the Movant may immediately enforce this Order; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

jsf

Jeffery A. Deller
BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-20197-JAD

Beth Lynn Harton Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2

Date Rcvd: Oct 08, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db | + | Beth Lynn Harton, 703 North Franklin Street, Washington, PA 15301-3948 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Rice | on behalf of Debtor Beth Lynn Harton ricelaw1@verizon.net lowdenscott@gmail.com;rice.emerson@gmail.com |
| James R. Wood | on behalf of Creditor City of Washington jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Mario J. Hanyon | on behalf of Creditor CONVENTIONAL/ FHA/VA/RHS: Rocket Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Scott R. Lowden
on behalf of Debtor Beth Lynn Harton lowdenscott@gmail.com

TOTAL: 7